

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Marina Sukonnik**
Labor and Employment Law Division
phone: (212)-356-4015
email: msukonni@law.nyc.gov

December 22, 2025

<u>**Via ECF**</u>
Magistrate Judge Jennifer Willis
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Lewis et al v. City of New York et al.,</u>
Civil Action No.: 1:25-cv-03277-JHR

Dear Judge Willis:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent the City of New York and the New York City Police Department ("Defendants") in the above-referenced collective action brought pursuant to the Fair Labor Standards Act ("FLSA"). I write with Plaintiffs' consent to respectfully request an adjournment of the settlement conference, currently scheduled for January 14, 2026 at 10:30 a.m. The parties are available at any time convenient to the Court on March 16, 2026, March 17, 2026, and March 18, 2026. If these dates are inconvenient for the Court, then the parties will provide further availability in March or April. This is Defendants' first request for an adjournment of the settlement conference.

On September 18, 2025, Plaintiffs provided their opening settlement demand. Since then, with the help of our expert, I have been in the process of reviewing the settlement demand and drafting a request for settlement authority. However, I need additional time to review the settlement demand and seek and obtain settlement authority prior to the settlement conference date.

I believe that this first adjournment will allow me sufficient time to obtain the settlement authority and be able to negotiate in good faith at the settlement conference.

I thank the Court for its consideration of this requests.

Respectfully submitted,

/s/      *Marina Sukonnik*
Marina Sukonnik
Assistant Corporation Counsel

CC: Sarah Michelle Block, by ECF,
     Hope Allison Pordy, by ECF

This request is GRANTED.  The settlement conference
scheduled for January 14, 2026 is adjourned *sine die.*
The parties are directed to email Courtroom Deputy
Christopher Davis by **January 5, 2026** at
WillisNYSDChambers@nysd.uscourts.gov and provide at
least three mutually agreeable dates to reschedule the
in-person settlement conference.  SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
December 23, 2025

2