

This request is GRANTED. The pre-settlement conference is adjourned to **April 27, 2026 at 10:30 AM** and the settlement conference is adjourned to **May 4, 2026 at 10:30 AM**. SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
February 27, 2026

**T**HE **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Via ECF**
Magistrate Judge Jennifer Willis
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Lewis et al v. City of New York et al.,
        Civil Action No.: 1:25-cv-03277-JHR

Dear Judge Willis:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent the City of New York and the New York City Police Department ("Defendants") in the above-referenced collective action brought pursuant to the Fair Labor Standards Act ("FLSA"). I write, with Plaintiffs' consent, to respectfully request: (1) an adjournment of the settlement conference, currently scheduled for March 18, 2026 at 10:30 a.m. and (2) a corresponding extension of time to submit the parties' joint Settlement Letter, which is currently due to be submitted by February 25, 2026. The parties are available at any time convenient to the Court on May 4, 2026, May 6, 2026, May 8, 2026. If these dates are inconvenient for the Court, then the parties will provide further availability in May. Defendants requested, and the Court granted, an adjournment of the settlement conference from January 14, 2026 to March 18, 2026. This adjournment will affect the deadline for Defendant to provide a counter-offer to Plaintiff by March 1, 2026.

This adjournment is requested to allow for additional time for this Office to obtain settlement authority from the Office of the New York City Comptroller. During the last several months, I have been delayed in obtaining settlement authority due to competing deadlines in multiple other federal and state actions, including responding to discovery demands in federal action, Navarro v. Health & Hospitals Corporation, Civil Action No.: 1:25-cv-03470-RML, handling settlement negotiations in Dr. Allan Horland v. New York University Langone Health, et al., Civil Action No.: 1:25-cv-05018-DLC, drafting a motion to dismiss for the state action, Erik Shaw v. City of New York., Index No. 817035/2025E, and drafting a response for the state action, Mary Baker vs DCAS, Index No. 100884/2025. In addition, I will be out of the office for a scheduled vacation from March 30, 2026 to April 3, 2026.

The requested extension will allow me sufficient time to analyze Plaintiffs' settlement demand, confer with Defendants' economic expert, and obtain settlement authority to help facilitate a fruitful settlement conference.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/     *Marina Sukonnik*
Marina Sukonnik
Assistant Corporation Counsel

CC: Sarah Michelle Block, by ECF,
Hope Allison Pordy, by ECF